# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2009

Marilyn Kelly,
Chief Justice

138125

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ANTHONY T. MAYES,
      Plaintiff-Appellee,

v

SC: 138125
COA: 287367
WCAC: 06-000099

CITY OF OAK PARK and MICHIGAN
MUNICIPAL LEAGUE WORKERS'
COMPENSATION FUND,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the December 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

0420